**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CAUSE NO.: EP:23-MJ-3671-MAT |
| § | |
| **CARLOS FLORES,** § | |
| § | |
| Defendant. § | |

## SECOND WAIVER AND STIPULATION EXTENDING TIME FOR INDICTMENT

Comes now, Defendant herein, by and through Defendant's attorney, John L. Williams, and hereby enters into this Second Waiver and Stipulation wherein Defendant waives Defendant's right to be indicted within 60 days from the date on which he was arrested as provided in Title 18, United States Code, Section 3161, or under any 5th Circuit or other dictate mandating indictment within a shorter period of time. This waiver is in furtherance of a stipulation and extension granting the Government until February 14, 2024, to file an indictment in this cause, and is requested because the Defendant is requesting such an extension, and because the ends of justice served by the granting of this request outweigh the best interests of the public and Defendant in a speedy trial. Any time so extended and postponed is excludable delay for purposes of the Speedy Trial Act.

Respectfully submitted,

By: _____
**JOHN L. WILLIAMS**
Attorney for Defendant